[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 21, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-14700
Non-Argument Calendar

_____

D. C. Docket No. 06-00053-CR-ORL-22-JGG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODRIGO GUILLEN-HERRERA,
a.k.a. Juan Martinez-Guillen,
a.k.a. David Diaz,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 21, 2007)

Before DUBINA, BLACK and CARNES, Circuit Judges.

PER CURIAM:

R. Fletcher Peacock, appointed counsel for Rodrigo Guillen-Herrera, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and convictions and sentence are **AFFIRMED**.